**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03484** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $ 41,100.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $ 3,321.21 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $ 44,421.21 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 77,807.47 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...* | $ 13,095.88 |
| **Your total liabilities** | $ 90,903.35 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...* | $ 2,190.02 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J...* | $ 974.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Antonio Levon Beaty**                                    Case number *(if known)* **19-03484**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____ **1,526.71**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | **Antonio Levon Beaty** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 19-03484 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|

**4271 BETHEL CHAPEL ROAD**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Loris | SC | 29569-0000 |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $41,100.00 | $41,100.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

| Horry | |
|---|---|
| County | |

**Other information you wish to add about this item, such as local property identification number:**

**DEBTORS RESIDENCE-MOBILE HOME AND LAND-4271 BETHEL CHAPEL ROAD, LORIS SC 29569, HORRY COUNTY, 2002 HORTON DOUBLEWIDE (32X70) MOBILE HOME AND (1) LOT OF LAND, PROPERTY IS ASSESSED AS ONE PROPERTY BY THE COUNTY, TMS# (0440002156), TAX APPRAISAL VALUE ($41,120), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($30,000)**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| $41,100.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Antonio Levon Beaty** | Case number *(if known)* | **19-03484** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

|  |
|---|
| **$0.00** |

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| HOUSEHOLD GOODS: LIVING ROOM FURNITURE, BEDROOM FURNITURE, KITCHEN APPLIANCES, WASHER, DRYER, MOWER, WEEDEATER, DINING TABLE AND CHAIRS, MISC. HOME DECOR, FURNITURE AND TOOLS | $1,200.00 |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| HOUSEHOLD GOODS: TVS, DVD PLAYERS, COMPUTER, CELL PHONE | $200.00 |
|---|---|

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| BOOKS, PICTURES, MISC. COLLECTIBLES | $50.00 |
|---|---|

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| FIREARMS: GLOCK 40, REMINGTON 7MM RIFLE | $800.00 |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Antonio Levon Beaty** | | Case number *(if known)* | **19-03484** |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| CLOTHING | $100.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| JEWELRY | $200.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | $2,550.00 |

| **Part 4:** | Describe Your Financial Assets |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................................

| CASH ON HAND | $0.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................  Institution name:

| 17.1. | **USAA CHECKING ACCOUNT# (3274)** | $348.36 |
| 17.2. | **BANK OF AMERICA CHECKING ACCT# (8875)** | $422.85 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................  Institution or issuer name:

Debtor 1     **Antonio Levon Beaty**                                    Case number *(if known)*    **19-03484**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ■ No
- ☐ Yes. Give specific information about them...................
  - Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ■ No
- ☐ Yes. Give specific information about them
  - Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ■ No
- ☐ Yes. List each account separately.
  - Type of account:                    Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ■ No
- ☐ Yes. .....................                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Antonio Levon Beaty** | Case number *(if known)* | **19-03484** |
|---|---|---|---|

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☑ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                                    Beneficiary:                          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☑ No
   ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☑ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ☑ No
   ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................... **$771.21**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☑ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☑ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................... **$0.00**

Debtor 1    **Antonio Levon Beaty**                                            Case number *(if known)*    **19-03484**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...................................................................................................................... **$41,100.00**

56.  **Part 2: Total vehicles, line 5**                                              $0.00

57.  **Part 3: Total personal and household items, line 15**                        $2,550.00

58.  **Part 4: Total financial assets, line 36**                                    $771.21

59.  **Part 5: Total business-related property, line 45**                          $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                 $0.00

61.  **Part 7: Total other property not listed, line 54**            +             $0.00

62.  **Total personal property.** Add lines 56 through 61...      **$3,321.21**      Copy personal property total          **$3,321.21**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                    **$44,421.21**

# Horry County
## ONLINE TAX PAYMENT

## Record Information

Notice #: 114933183

Status:  Paid

Date Paid: 12/20/18

Issue Date: 09/29/18

## Tax Information

| | |
|---|---|
| Name: | BEATY ANTONIO L |
| Address: | 4271 BETHEL CHAPEL RDLORIS SC 29569 |
| Tax Year: | 2018 |
| District/Levy: | 300 / 212.7 |
| City/Levy: | / 0 |
| Total Appraisal: | 41,120 |
| Total Assessed: | 2,470 |

| | | |
|---|---|---|
| Assessment Ratio: 6% | Land Appraisal: 11,420 | Building Appraisal: 29,700 |

## Property Information

| | |
|---|---|
| Record Type: | Real Estate |
| Map Number: | 0440002156 |
| PIN: | 19101010010 |
| Acres: | .80 |
| Description: | PARCEL AS/S BETHEL CHAPEL ROAD |

## Taxes

| | |
|---|---|
| County Tax: | $525.37 |
| City Tax: | $0.00 |
| Fees: | $44.40 |
| Residential Exemption: | $0.00 |
| Homestead Exemption: | $0.00 |
| Other Exemptions: | $0.00 |
| Local Option Credit: | $0.00 |
| Total Taxes: | $569.77 |
| Total Paid: $569.77 | |

© 2013 - 2019 - J M Smith Corporation. PUBLIQ Software is a registered trademark of the J M Smith Corporation. -
Privacy Statement (http://www.publiqsoftware.com/index.php/legal)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-03484 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS RESIDENCE-MOBILE HOME AND LAND-4271 BETHEL CHAPEL ROAD, LORIS SC 29569, HORRY COUNTY, 2002 HORTON DOUBLEWIDE (32X70) MOBILE HOME AND (1) LOT OF LAND, PROPERTY IS ASSESSED AS ONE PROPERTY BY THE COUNTY, TMS# (0440002156), TAX APPRAISAL VALUE ($41,10**<br>Line from *Schedule A/B*: **1.1** | $41,100.00 | ☑ $54,875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1) |
| **HOUSEHOLD GOODS: LIVING ROOM FURNITURE, BEDROOM FURNITURE, KITCHEN APPLIANCES, WASHER, DRYER, MOWER, WEEDEATER, DINING TABLE AND CHAIRS, MISC. HOME DECOR, FURNITURE AND TOOLS**<br>Line from *Schedule A/B*: **6.1** | $1,200.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **HOUSEHOLD GOODS: TVS, DVD PLAYERS, COMPUTER, CELL PHONE**<br>Line from *Schedule A/B*: **7.1** | $200.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Antonio Levon Beaty** | | Case number (if known) | **19-03484** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **BOOKS, PICTURES, MISC. COLLECTIBLES**<br>Line from *Schedule A/B*: **8.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **FIREARMS: GLOCK 40, REMINGTON 7MM RIFLE**<br>Line from *Schedule A/B*: **10.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(15)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $70.00 of unused Homestead Exemption** |
| **USAA CHECKING ACCOUNT# (3274)**<br>Line from *Schedule A/B*: **17.1** | $348.36 | ■ $348.36<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) UNUSED PORTION OF HOMESTEAD** |
| **BANK OF AMERICA CHECKING ACCT# (8875)**<br>Line from *Schedule A/B*: **17.2** | $422.85 | ■ $422.85<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) UNUSED PORTION OF HOMESTEAD** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03484** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral | Unsecured |
| | Do not deduct the | that supports this | portion |
| | value of collateral. | claim | If any |

| 2.1 | **AARONS RENT** | Describe the property that secures the claim: | $1,287.83 | $0.00 | $1,287.83 |
|---|---|---|---|---|---|

Creditor's Name

**HOUSEHOLD GOOD:**
_____

**303 US 701
LORIS, SC 29569**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

**Date debt was incurred** **04/2019**         **Last 4 digits of account number** **1922**

Debtor 1  **Antonio Levon Beaty**                                              Case number (if known)   **19-03484**
    First Name          Middle Name          Last Name

| 2.2 | **HORRY COUNTY TREASURER** | | $569.77 | $41,100.00 | $569.77 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **DEBTORS RESIDENCE-MOBILE HOME AND LAND-4271 BETHEL CHAPEL ROAD, LORIS SC 29569, HORRY COUNTY, 2002 HORTON DOUBLEWIDE (32X70) MOBILE HOME AND (1) LOT OF LAND, PROPERTY IS ASSESSED AS ONE PROPERTY BY THE COUNTY, TMS# (0440002156), TAX APPRAIS**

**1301 SECOND AVENUE**
**Conway, SC 29526**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number    **1922**

| 2.3 | **SHELLPOINT MORTGAGE** | | $75,949.87 | $41,100.00 | $34,849.87 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **DEBTORS RESIDENCE-MOBILE HOME AND LAND-4271 BETHEL CHAPEL ROAD, LORIS SC 29569: ARREARAGE TO BE PAID IN PLAN ($19,000), MORTGAGE PAYMENTS TO BE PAID THROUGH CONDUIT PLAN**

**PO BOX 619063**
**Dallas, TX 75261**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred    **1/10**        Last 4 digits of account number    **4750**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $77,807.47 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $77,807.47 |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Antonio Levon Beaty** | | | Case number (if known) | **19-03484** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**CRAWFORD & VON KELLER**
**PO BOX 4216**
**Columbia, SC 29240**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**DITECH**
**PO BOX 6172**
**Rapid City, SD 57709**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**HORRY COUNTY CLERK OF COURT**
**1301 2ND AVENUE**
**Conway, SC 29526**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**ROGERS TOWNSEND & THOMAS**
**PO BOX 100200**
**Columbia, SC 29202**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-03484 |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

**Part 2:      List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

| 4.1 | **DIVERSIFIED CONSULTANTS** | Last 4 digits of account number | 1922 | $991.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 552168**
**Jacksonville, FL 32255**

When was the debt incurred?    1/18

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**      ☐ Student loans

**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify    **Collections**

| Debtor 1 | **Antonio Levon Beaty** | Case number (if known) | **19-03484** |

---

| 4.2 | **GOODYS** | Last 4 digits of account number | **1922** | $371.00 |

Nonpriority Creditor's Name
**PO BOX 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred? **1/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

| 4.3 | **HORRY COUNTY TREASURER** | Last 4 digits of account number | **1922** | $0.00 |

Nonpriority Creditor's Name
**PO BOX 1237**
**Conway, SC 29528**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

---

| 4.4 | **IRS** | Last 4 digits of account number | **1922** | $0.00 |

Nonpriority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Antonio Levon Beaty** | Case number (if known) | **19-03484** |

---

| 4.5 | **PEE DEE MEDICAL COLLECTION** | Last 4 digits of account number | **1922** | **$210.44** |

Nonpriority Creditor's Name
**PO BOX 1597**
**Florence, SC 29501**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical Bills**

---

| 4.6 | **PREMIER BANKCARD** | Last 4 digits of account number | **1922** | **$711.35** |

Nonpriority Creditor's Name
**PO BOX 2208**
**Vacaville, CA 95696**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases**

---

| 4.7 | **QUANTUM 3 GROUP** | Last 4 digits of account number | **1922** | **$4,622.09** |

Nonpriority Creditor's Name
**PO BOX 788**
**Kirkland, WA 98083**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Deficiency**

---

Debtor 1   **Antonio Levon Beaty**                                        Case number (if known)   **19-03484**

| 4.8 | **RADIUS GLOBAL SOLUTIONS** | Last 4 digits of account number | **1922** | **$706.00** |

Nonpriority Creditor's Name

**9550 REGENCY SQUARE, STE 602**
**Jacksonville, FL 32225**
Number Street City State Zip Code

When was the debt incurred?   **1/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections**

---

| 4.9 | **RADIUS GLOBAL SOLUTIONS** | Last 4 digits of account number | **1922** | **$706.00** |

Nonpriority Creditor's Name

**9550 REGENCY SQUARE, SUITE 60**
**Jacksonville, FL 32225**
Number Street City State Zip Code

When was the debt incurred?   **06/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal Loan**

---

| 4.10 | **SC DEPT OF REVENUE** | Last 4 digits of account number | **1922** | **$0.00** |

Nonpriority Creditor's Name

**PO BOX 12265**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

---

Debtor 1  **Antonio Levon Beaty**                                          Case number (if known)      **19-03484**

---

| 4.1 1 | **TITLEMAX** | Last 4 digits of account number | **1922** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**420 WRIGHT BLVD**
**Loris, SC 29569**                                  When was the debt incurred?       **1/14**
Number Street City State Zip Code

Who incurred the debt? Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Deficiency**

---

| 4.1 2 | **TRIDENT ASSET MANAGEMENT** | Last 4 digits of account number | **1922** | $674.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**53 PENMETER CTR E STE 4**
**Atlanta, GA 30346**                                When was the debt incurred?       **12/2018**
Number Street City State Zip Code

Who incurred the debt? Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Collections**

---

| 4.1 3 | **VERIZON** | Last 4 digits of account number | **1922** | $4,104.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 105378**
**Atlanta, GA 30348**                                When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Services**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?

---

| Debtor 1 | **Antonio Levon Beaty** | Case number *(if known)* | **19-03484** |

| | | |
|---|---|---|
| **ATTORNEY GENERAL OF UNITED STATES**<br>**950 PENNSYLVANIA AVE, NW**<br>**Washington, DC 20530-0001** | Line **4.4** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**TITLEMAX**<br>**15 BULL STREET, STE 200**<br>**Savannah, GA 31401** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**US ATTORNEY'S OFFICE**<br>**ATTN DOUG BARNETT**<br>**1441 MAIN ST STE 500**<br>**Columbia, SC 29201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 13,095.88 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 13,095.88 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-03484 |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-03484 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>Number    Street<br>City                State           ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>Number    Street<br>City                State           ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **19-03484** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **VA BENEFITS** | |
| | Employer's name | **VA BENEFITS** | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $         0.00 | $         N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$         0.00 | +$         N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $         0.00 | $         N/A |

Debtor 1   **Antonio Levon Beaty**                                            Case number (*if known*)   **19-03484**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 333.33 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **VA BENEFITS** | 8f. | $ 1,856.69 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 2,190.02    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 2,190.02 + $ N/A = $ 2,190.02
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 2,190.02

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR.**

# James M. Wyman
**Chapter 13 Trustee**
**PO Box 997**
**Mt. Pleasant, SC  29465-0997**
**Phone (843) 388-9844  Fax (843) 388-9877**

Name
Address
Addresss

Re.    Bankruptcy Case Number:
       NAME OF COMPANY:

Dear Debtor:

      Your chapter 13 case has been identified by my office as one in which you may be engaged in business. Accordingly, please respond to the following questions and request for documents within the next eight (8) days.  If you have any questions at all about how to fill out the forms, please contact your attorney.  If you do not have an attorney, you may want to hire one, as this office cannot provide legal advice. *Failure to respond to this letter may result in delay in the progress of your case or ultimately in the dismissal of your case.*

| | |
|---|---|
| 1.  Are you presently self employed?<br><br>You are self employed if you receive ANY income from a business, including rent from properties, that does not result in a 1040 form from an employer.  If you own a corporation, and that corporation employs you, please indicate here and answer the questions below for the corporation. | (Yes)    No<br>(circle one)<br><br>If no:  Are you employed by a corporation which you own (and/or are a shareholder)?<br><br>Yes        No<br>(circle one)<br>If no to both:  please stop here, sign at the bottom, and return this form to the address above. |
| 2.  What kind of business are you in? (name and short description of what you/ the business does) | *Delivery*<br>If rental properties, please skip to #20 |
| 3.  How long has your business operated (how long self employed)? | *6 months* |
| 4.  Do you have any employees? | Yes      (No)<br>(circle one)<br>If no:  skip to question # 8 |
| 5.  Give the name of each employee and that employee's relationship to you, if any.  Continue on the back of the page if there is not enough room here. | |
| 6.  Are you current in income and payroll taxes, and in filing all tax returns? (answer "no" if you owe taxes) | Yes      No<br>(circle one)<br>If yes:  skip to question # 8 |

| | |
|---|---|
| 16. Do you have any bank accounts used in or for your business? This includes checking, savings, and any other type of account, whether in the name of the business or in another name. | Yes     No<br>(circle one)<br><br>If yes, please provide a copy of the most recent 2 month's statements. |
| 17. Do you expect to have to incur post petition trade credit or other business debt?  (will you have to buy on credit or add to existing debt or take any additional loans while in bankruptcy?) | Yes     No<br>(circle one)<br><br>If you are unsure of the answer, please contact your attorney or consult with one.<br><br>If yes, skip to item # 19 |
| 18. Please provide the following if you **do not anticipate** incurring new debt or adding to existing debt. | a.  Copies of federal and state tax returns for the last two (2) calendar years, both business and personal (if applicable), and including all supporting tax schedules.<br>b.  **Two** profit and loss forms, one for each month prior to filing your bankruptcy (see exhibit A – 1 copy for each month - attached to this letter)<br>c.  One statement of your anticipated income and expenses (estimated for the future – see exhibit B)<br>d.  copies of statements on all bank accounts used by or for business<br>e.  policy declarations page for business liability insurance |
| 19. Please provide the following, if you **do anticipate** incurring new debt or adding to existing debt at any time during your bankruptcy. | a.  Copies of federal and state tax returns, both business and personal,  for the last two (2) calendar years including all supporting schedules.<br>b.  Monthly profit and loss statements on the form provided for the last twelve (12) calendar months (see exhibit A – 2 copies are provided - reproduce additional forms for the remaining months).<br>c.  A statement of projected income and expenses for the business (exhibit B)<br>d.  Copies of all financial statements furnished to a third party within the last two (2) years preceding the filing of the petition, including, but not limited to the balance sheet, income statement, and cash flow statement.<br>e.  Each month for the rest of the time that you are in bankruptcy, provide a profit and loss statement (see exhibit A) to this office and send a copy to the United States Trustee. |
| 20. If you own property that you intend to keep and rent out while you are in bankruptcy, please provide the following. | a.  Copies of federal and state tax returns for the last two (2) calendar years, and including all supporting tax schedules.<br>b.  Completed form showing monthly rental income vs expenditures (see Exhibit C)<br>c.  policy declarations page for liability insurance for each property (please print at the top of each page the street address of the property). |

| | | | | | |
|---|---|---|---|---|---|
| **7. Income and Employment Taxes:** List all tax period(s) for which you have not filed returns, or for which you owe taxes. If you owe, indicate amount owed for each tax period. | | | | | |
| **8. Do you have accounts receivable?** (money owed to you) | Yes    No (circle one) If no: skip to question # 10 | | | | |
| **9. Please list the name of the person who owes you, the amount due, date first due, and any reason why the debt is not collectible.** | (continue on back if there is not enough room) | | | | |
| **10. Do you have any inventory?** | Yes    No (circle one) If no: skip to question # 12 | | | | |
| **11. Please list all inventory, including a description of each item:** (continue on back or separate sheet, if there is not enough room, but provide same table of information) | Item | Date of purchase | Purchase price | Current value (in current condition) | Have you listed it as collateral for a loan? If yes, list lender |
| | | | | | |
| **12. Do you have equipment or supplies?** | Yes    No (circle one) If no: skip to question # 14 | | | | |
| **13. Please list all equipment and supplies including a description of each item:** (continue on back or separate sheet, if there is not enough room, but provide same table of information) | Item | Date of purchase | Purchase price | Current value (in current condition) | Have you listed it as collateral for a loan? If yes, list lender |
| | | | | | |
| **14. Do you have a current business license?** | Yes    No (circle one) | | | | |
| **15. Do you have business liability insurance?** | Yes    No (circle one) | | | | |
| | If yes, please provide a copy of the policy declaration page. If no, please obtain adequate insurance to protect the estate from any liability from your business. If you have questions, please contact your attorney or consult with one. | | | | |

**PLEASE TAKE NOTICE THAT THE FOLLOWING ACTIONS MAY NOT BE TAKEN BY ANY DEBTOR WITHOUT SPECIFIC COURT AUTHORIZATION:** use of cash collateral; post-petition employment of an attorney, accountant, or any other professional; payment of pre-petition wages or salary – with the exception that you may pay wages not exceeding $4,300 per person owing for the pay period just prior to bankruptcy; payment of ay other unsecured pre-petition debt; borrowing money of incurring debt; selling property other than in the ordinary course of business.

Finally, it is imperative that you realize it is your responsibility to maintain adequate records regarding the business and to maintain insurance required by state law, federal law, or the terms of any agreement with a third party. The trustee will not be responsible for, nor will he obtain, any such insurance.

Sincerely,

James M. Wyman, Trustee

c. c.                 Attorney for debtors

**I HAVE COMPLETED THIS FORM AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I HAVE READ THE STATEMENTS ON THIS PAGE, AND WILL COMPLY – AND I HAVE ATTACHED ALL DOCUMENTS REQUIRED PER BOX #18, 19 OR 20 ABOVE, WHICHEVER IS APPLICABLE:**

_____          _____
Debtor                                                          Debtor

EXHIBIT A (PAGE 6)

Name of Debtor: _Antonio Baty_          Case Number: _____

PROFIT AND LOSS STATEMENT FOR CALENDAR MONTH ENDING _Jan 2019_
(list month to which form applies)

(NOTE: ONLY INCLUDE INFORMATION DIRECTLY RELATED TO BUSINESS OPERATION
– do not include any expenses listed on Schedule J)

| | Name | Net Amount for Month |
|---|---|---|
| 1. Employee or subcontractor Payroll (*Including yourself* – list name and NET amount for each - not including deductions for payroll taxes & other deductions listed below ) | Antonio Baty | ⊘ |
| 2. Payroll Taxes, Unemployment Taxes, Worker's compensation, Other taxes/ deductions from pay (specify type) | Name | Amount for Month |
| 3. Employee Benefits (e.g. pension, medical, etc.) | Name | Amount / Type |
| 4. Inventory Purchases (including raw materials and supplies for use in business) | Amount for month: | $ |
| 5. Rent (Other than debtor's principal residence) | Amount for month: | $ |
| 6. Utilities | Amount for month: | $ |
| 7. Office Expenses and Supplies | Amount for month: | $ |
| 8. Repairs and Maintenance | Amount for month: | $ |
| 9. Vehicle Expenses (do not list if already included on Bankruptcy Schedule J) | Amount for month: | $ |
| 10. Travel and Entertainment expenses (list only if tax deductible) | Amount for month: | $ |
| 11. Equipment Rental and Leases | Amount for month: | $ |
| 12. Legal/Accounting/Other Professional Fees (other than bankruptcy fees) | Amount for month: | $ |
| 13. Insurance | Amount for month: | $ |
| 14. Payments made directly by debtor to Creditors for business debts (Specify) | Name of Creditor | Payment amount |
| 15. Other (specify) Continue on back of page or on separate sheet if necessary | Reason for Expense | Amount for month |

| | | |
|---|---|---|
| 16. GROSS (BEFORE DEDUCTIONS) BUSINESS INCOME FOR MONTH: | Month's Income: $ | ⊘ |
| 17. TOTAL OF EXPENSES (add lines 1-15 above) | Month's Expenses: $ | |
| NET MONTHLY INCOME (subtract 17 from 16, above): | Total Net Income For Month: $ | ⊘ |

## EXHIBIT A (PAGE 1)

Name of Debtor: _Antonie Boyf_      Case Number: _____

## PROFIT AND LOSS STATEMENT FOR CALENDAR MONTH ENDING _Feb. 2019_

(list month to which form applies)

(NOTE: ONLY INCLUDE INFORMATION DIRECTLY RELATED TO BUSINESS OPERATION
– do not include any expenses listed on Schedule J)

| | | |
|---|---|---|
| 1. Employee or subcontractor Payroll (*Including yourself* – list name and NET amount for each - not including deductions for payroll taxes & other deductions listed below ) | Name  Antonie Boyf | Net Amount for Month |
| 2. Payroll Taxes, Unemployment Taxes, Worker's compensation, Other taxes/ deductions from pay (specify type) | Name | Amount for Month |
| 3. Employee Benefits (e.g. pension, medical, etc.) | Name | Amount / Type |
| 4. Inventory Purchases (including raw materials and supplies for use in business) | Amount for month: | $ |
| 5. Rent (Other than debtor's principal residence) | Amount for month: | $ |
| 6. Utilities | Amount for month: | $ |
| 7. Office Expenses and Supplies | Amount for month: | $ |
| 8. Repairs and Maintenance | Amount for month: | $ |
| 9. Vehicle Expenses (do not list if already included on Bankruptcy Schedule J) | Amount for month: | $ |
| 10. Travel and Entertainment expenses (list only if tax deductible) | Amount for month: | $ |
| 11. Equipment Rental and Leases | Amount for month: | $ |
| 12. Legal/Accounting/Other Professional Fees (other than bankruptcy fees) | Amount for month: | $ |
| 13. Insurance | Amount for month: | $ |
| 14. Payments made directly by debtor to Creditors for business debts (Specify) | Name of Creditor | Payment amount |
| 15. Other (specify) Continue on back of page or on separate sheet if necessary | Reason for Expense | Amount for month |

| | | |
|---|---|---|
| 16. GROSS (BEFORE DEDUCTIONS) BUSINESS INCOME FOR MONTH: | Month's Income: | $ |
| 17. TOTAL OF EXPENSES (add lines 1-15 above) | Month's Expenses: | $ |
| NET MONTHLY INCOME (subtract 17 from 16, above): | Total Net Income For Month: | $ |

**EXHIBIT A (PAGE 2)**

Name of Debtor: _Antonio Beaty_     Case Number: _____

**PROFIT AND LOSS STATEMENT FOR CALENDAR MONTH ENDING** _March_
(list month to which form applies)

(NOTE: ONLY INCLUDE INFORMATION DIRECTLY RELATED TO BUSINESS OPERATION
– do not include any expenses listed on Schedule J)

| | | |
|---|---|---|
| 1. Employee or subcontractor Payroll (*Including yourself* – list name and NET amount for each - not including deductions for payroll taxes & other deductions listed below ) | Name<br><br>Antonio Beaty | Net Amount for Month<br><br>$500 |
| 2. Payroll Taxes, Unemployment Taxes, Worker's compensation, Other taxes/ deductions from pay (specify type) | Name | Amount for Month |
| 3. Employee Benefits (e.g. pension, medical, etc.) | Name | Amount / Type |
| 4. Inventory Purchases (including raw materials and supplies for use in business) | Amount for month: $ | |
| 5. Rent (Other than debtor's principal residence) | Amount for month: $ | |
| 6. Utilities | Amount for month: $ | |
| 7. Office Expenses and Supplies | Amount for month: $ | |
| 8. Repairs and Maintenance | Amount for month: $ | |
| 9. Vehicle Expenses (do not list if already included on Bankruptcy Schedule J) | Amount for month: $ | |
| 10. Travel and Entertainment expenses (list only if tax deductible) | Amount for month: $ | |
| 11. Equipment Rental and Leases | Amount for month: $ | |
| 12. Legal/Accounting/Other Professional Fees (other than bankruptcy fees) | Amount for month: $ | |
| 13. Insurance | Amount for month: $ | |
| 14. Payments made directly by debtor to Creditors for business debts (Specify) | Name of Creditor | Payment amount |
| 15. Other (specify)<br>Continue on back of page or on separate sheet if necessary | Reason for Expense | Amount for month |

| | | |
|---|---|---|
| **16. GROSS (BEFORE DEDUCTIONS) BUSINESS INCOME FOR MONTH:** | Month's Income: $ | 500 |
| **17. TOTAL OF EXPENSES (add lines 1-15 above)** | Month's Expenses: $ | 0 |
| **NET MONTHLY INCOME (subtract 17 from 16, above):** | Total Net Income For Month: $ | 500 |

EXHIBIT A (PAGE 3)

Name of Debtor: _Antonio Beaty_      Case Number: _____

PROFIT AND LOSS STATEMENT FOR CALENDAR MONTH ENDING _April_
(list month to which form applies)

(NOTE: ONLY INCLUDE INFORMATION DIRECTLY RELATED TO BUSINESS OPERATION
– do not include any expenses listed on Schedule J)

| | Name | Net Amount for Month |
|---|---|---|
| 1.  Employee or subcontractor Payroll (*Including yourself* – list name and NET amount for each - not including deductions for payroll taxes & other deductions listed below ) | Antonio Beaty | ✗ |
| 2.  Payroll Taxes, Unemployment Taxes, Worker's compensation, Other taxes/ deductions from pay (specify type) | Name | Amount for Month |
| 3.  Employee Benefits (e.g. pension, medical, etc.) | Name | Amount / Type |

| | Amount for month: | $ |
|---|---|---|
| 4.  Inventory Purchases (including raw materials and supplies for use in business) | Amount for month: | $ |
| 5.  Rent (Other than debtor's principal residence) | Amount for month: | $ |
| 6.  Utilities | Amount for month: | $ |
| 7.  Office Expenses and Supplies | Amount for month: | $ |
| 8.  Repairs and Maintenance | Amount for month: | $ |
| 9.  Vehicle Expenses (do not list if already included on Bankruptcy Schedule J) | Amount for month: | $ |
| 10.  Travel and Entertainment expenses (list only if tax deductible) | Amount for month: | $ |
| 11.  Equipment Rental and Leases | Amount for month: | $ |
| 12.  Legal/Accounting/Other Professional Fees (other than bankruptcy fees) | Amount for month: | $ |
| 13.  Insurance | Amount for month: | $ |

| | Name of Creditor | Payment amount |
|---|---|---|
| 14.  Payments made directly by debtor to Creditors for business debts (Specify) | | |

| | Reason for Expense | Amount for month |
|---|---|---|
| 15.  Other (specify) Continue on back of page or on separate sheet if necessary | | |

| 16.  GROSS (BEFORE DEDUCTIONS) BUSINESS INCOME FOR MONTH: | Month's Income:     $ ⊘ |
|---|---|
| 17.  TOTAL OF EXPENSES (add lines 1-15 above) | Month's Expenses:  $ |
| NET MONTHLY INCOME (subtract 17 from 16, above): | Total Net Income For Month:     $ ⊘ |

**EXHIBIT A (PAGE 4)**

Name of Debtor: _Antonio Beaty_    Case Number: _____

**PROFIT AND LOSS STATEMENT FOR CALENDAR MONTH ENDING** _May_
(list month to which form applies)

(NOTE: <u>ONLY INCLUDE INFORMATION DIRECTLY RELATED TO BUSINESS OPERATION</u>
<u>– do not include any expenses listed on Schedule J)</u>

| | | |
|---|---|---|
| 1. Employee or subcontractor Payroll (*Including yourself* – list name and NET amount for each - not including deductions for payroll taxes & other deductions listed below ) | Name | Net Amount for Month |
| 2. Payroll Taxes, Unemployment Taxes, Worker's compensation, Other taxes/ deductions from pay (specify type) | Name | Amount for Month |
| 3. Employee Benefits (e.g. pension, medical, etc.) | Name | Amount / Type |
| 4. Inventory Purchases (including raw materials and supplies for use in business) | Amount for month:  $ | |
| 5. Rent (Other than debtor's principal residence) | Amount for month:  $ | |
| 6. Utilities | Amount for month:  $ | |
| 7. Office Expenses and Supplies | Amount for month:  $ | |
| 8. Repairs and Maintenance | Amount for month:  $ | |
| 9. Vehicle Expenses (do not list if already included on Bankruptcy Schedule J) | Amount for month:  $ | |
| 10. Travel and Entertainment expenses (list only if tax deductible) | Amount for month:  $ | |
| 11. Equipment Rental and Leases | Amount for month:  $ | |
| 12. Legal/Accounting/Other Professional Fees (other than bankruptcy fees) | Amount for month:  $ | |
| 13. Insurance | Amount for month:  $ | |
| 14. Payments made directly by debtor to Creditors for business debts (Specify) | Name of Creditor | Payment amount |
| 15. Other (specify) Continue on back of page or on separate sheet if necessary | Reason for Expense | Amount for month |

| | | |
|---|---|---|
| **16. GROSS (BEFORE DEDUCTIONS) BUSINESS INCOME FOR MONTH:** | Month's Income:    $ | 1000 |
| **17. TOTAL OF EXPENSES (add lines 1-15 above)** | Month's Expenses:  $ | ⊘ |
| <u>NET</u> MONTHLY INCOME (subtract 17 from 16, above): | Total Net Income For Month:    $ | 1,000 |

## EXHIBIT A (PAGE 5)

Name of Debtor: _Antonio Bealy_    Case Number: _____

## PROFIT AND LOSS STATEMENT FOR CALENDAR MONTH ENDING _June_
(list month to which form applies)

(NOTE: ONLY INCLUDE INFORMATION DIRECTLY RELATED TO BUSINESS OPERATION
– do not include any expenses listed on Schedule J)

| | | |
|---|---|---|
| 1.  Employee or subcontractor Payroll (*including yourself* – list name and NET amount for each - not including deductions for payroll taxes & other deductions listed below ) | Name<br><br>Antonio Bealy | Net Amount for Month |
| 2.  Payroll Taxes, Unemployment Taxes, Worker's compensation, Other taxes/ deductions from pay (specify type) | Name | Amount for Month |
| 3.  Employee Benefits (e.g. pension, medical, etc.) | Name | Amount / Type |
| 4.  Inventory Purchases (including raw materials and supplies for use in business) | Amount for month:  $ | |
| 5.  Rent (Other than debtor's principal residence) | Amount for month:  $ | |
| 6.  Utilities | Amount for month:  $ | |
| 7.  Office Expenses and Supplies | Amount for month:  $ | |
| 8.  Repairs and Maintenance | Amount for month:  $ | |
| 9.  Vehicle Expenses (do not list if already included on Bankruptcy Schedule J) | Amount for month:  $ | |
| 10. Travel and Entertainment expenses (list only if tax deductible) | Amount for month:  $ | |
| 11. Equipment Rental and Leases | Amount for month:  $ | |
| 12. Legal/Accounting/Other Professional Fees (other than bankruptcy fees) | Amount for month:  $ | |
| 13. Insurance | Amount for month:  $ | |
| 14. Payments made directly by debtor to Creditors for business debts (Specify) | Name of Creditor | Payment amount |
| 15. Other (specify)<br>Continue on back of page or on separate sheet if necessary | Reason for Expense | Amount for month |

| | |
|---|---|
| 16.  GROSS (BEFORE DEDUCTIONS) BUSINESS INCOME FOR MONTH: | Month's Income:     $        500 |
| 17.  TOTAL OF EXPENSES (add lines 1-15 above) | Month's Expenses:  $ |
| NET MONTHLY INCOME (subtract 17 from 16, above): | Total Net Income For Month:     $        500 |

**EXHIBIT C:  RENTAL PROPERTY INCOME VS EXPENSES (MONTHLY)**

| Debtor: | | Case Number: | |
|---|---|---|---|
| Full address of rental property (include tax map number) | description (i.e. land, house & land, mobile home, condominium, etc) | Is property currently rented? If yes, when does lease end? | |
| A | | | |
| B | | | |
| C | | | |
| D | | | |
| E | | | |

| | INCOME | Property A | Property B | Property C | Property D | Property E |
|---|---|---|---|---|---|---|
| 1 | Rent / income per month | | | | | |
| | **EXPENSES** | | | | | |
| 2 | Mortgage payment (list total amount for property if more than one) | | | | | |
| 3 | Maintenance / cleaning/ repairs (average per month) | | | | | |
| 4 | Management fees (average per month) | | | | | |
| 5 | Insurance (average per month) - do not list if included in mortgage payment | | | | | |
| 6 | Professional fees (average per month) Give details on back | | | | | |
| 7 | Advertising (average per month) | | | | | |
| 8 | Property taxes (average per month) - do not list if included in mortgage payment | | | | | |
| 9 | Utilities (only the amount you pay) | | | | | |
| 10 | Supplies (average per month) Give details on back | | | | | |
| 11 | Chapter 13 plan arrears cure (or full payment if in plan) | | | | | |
| 12 | Other (average per month) List on back | | | | | |
| | **Total Expenses (Add lines 2 thru 11)** | | | | | |
| | **Total Net Income (subtract line 12 from line 1)** | | | | | |



**DEPARTMENT OF VETERANS AFFAIRS**
810 Vermont Ave NW
Washington, D.C. 20420

June 25, 2019

Antonio Beaty
4271 Bethel Chapel
Rd
Loris, SC 29569

In Reply Refer to:
xxx-xx-1922
27/eBenefits

Dear Mr. Beaty:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-1922

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | January 03, 2003 | October 27, 2003 |
| Army | Honorable | February 05, 2007 | May 12, 2008 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| You have one or more service-connected disabilities: | Yes |
| Your combined service-connected evaluation is: | 80% |
| Your current monthly award amount is: | $1856.69 |
| The effective date of the last change to your current award was: | December 01, 2018 |
| You are considered to be totally and permanently disabled due solely to your service-connected disabilities: | No |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.
- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-

Fill in this information to identify your case:

Debtor 1 **Antonio Levon Beaty**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number **19-03484**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental** *Schedule J,* **check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
| --- | --- | --- | --- |
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 20.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

**Schedule J: Your Expenses**

Debtor 1    **Antonio Levon Beaty**                                      Case number (if known)    **19-03484**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **195.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **49.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **185.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **150.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **25.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **25.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | **150.00** |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **25.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **85.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify:    **AUTO PROPERTY TAXES** | | 16. $ | **15.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **974.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **974.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,190.02** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **974.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **1,216.02** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.

   ☐ Yes.    Explain here: **DEBTORS REGULAR MORTGAGE PAYMENT TO BE PAID THROUGH CHAPTER 13 CONDUIT PLAN.  DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO EXPENSES WITHIN THE NEXT YEAR.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-03484** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | | |
|---|---|---|---|
| X | **/s/ Antonio Levon Beaty** | X | |
| | **Antonio Levon Beaty** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | Date    **July 17, 2019** | | Date |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonio Levon Beaty** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | 19-03484 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

☐ Married
■ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $2,333.31 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Antonio Levon Beaty**                                              Case number *(if known)*    **19-03484**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $3,904.75 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **VA BENEFITS** | **$11,140.14** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **VA BENEFIT** | **$15,267.10** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | **VA BENEFIT** | **$11,600.00** | | |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Antonio Levon Beaty** | Case number (*if known*) | **19-03484** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SHELLPOINT MORTGAGE V ANTONIO LEVON BEATY 2018CP2602367** | **FORECLOSURE** | **HORRY COUNTY CLERK OF COURT 1301 2ND AVENUE Conway, SC 29526** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **SANTANDER CONSUMER USA 5201 RUFF SNOW DR. North Richland Hills, TX 76180** | **2009 NISSAN MAXIMA**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **JANUARY 2018** | **Unknown** |
| **TITLE MAX 1030 FOLLY ROAD SUITE B Charleston, SC 29412** | **2004 CHEVROLET SILVERADO 1500 TRUCK: VIN# (1GCEK19T34E154858), (4) DOOR, (8) CYLINDER, (225,000) MILES, NADA VALUE ($925)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | **$925.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Antonio Levon Beaty** _____   Case number *(if known)*  **19-03484**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **PROFESSIONAL FINANCE**<br>**3203 WEST PALMETTO**<br>**Florence, SC 29501** | **2009 HONDA ACCORD:  (4) DOOR, (4) CYLINDER, (135,000) MILES, KBB VALUE ($6,130); PRIMARY OWNER MOTHER OF DEBTOR'S CHILDREN; DEBTOR IS COSIGNER ONLY** | | $6,130.00 |

■ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

<br>

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **2009 CHEVROLET SILVERADO 1500 TRUCK, VEHICLE WAS INVOLVED IN AN ACCIDENT AND TOTALLED.** | **INSURANCE WAS WITH USAA WHICH PAID THE BALANCE OF LOAN WITH HARDY AUTO SALES IN THE AMOUNT OF $10,400.  DEBTOR DID NOT RECOVER FROM THIS ACCIDENT.** | **2018** | **$10,400.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Antonio Levon Beaty**                                    Case number (*if known*)    **19-03484**

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| MOSS & ASSOCIATES<br>2170 ASHLEY PHOSPHATE ROAD<br>FIRST CITIZENS BUILDING, SUITE 405<br>Charleston, SC 29406 | ATTORNEY FEES: $390.00<br>FILING FEE: $310.00 | JUNE 2019 | $700.00 |
| MOSS & ASSOCIATES<br>2170 ASHLEY PHOSPHATE ROAD<br>FIRST CITIZENS BUILDING, SUITE 405<br>Charleston, SC 29406 | ATTORNEY FEES PAID BY CHAPTER 13 TRUSTEE: $0.00 | THROUGH FEBRUARY 2019 | $0.00 |
| MOSS & ASSOCIATES, ATTORNEYS P.A.<br>816 ELMWOOD AVENUE<br>COLUMBIA, SC 29201 | ATTORNEYS FEES: $589.00<br>FILING FEEI $310.00 | OCTOBER 2018 | $899.00 |
| CC ADVISING, INC.<br>730 WASHINGTON AVE.<br>SUITE 230-D<br>Bay City, MI 48708-5732 | CREDIT COUNSELING: $9.76 | OCTOBER 2018 | $9.76 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Antonio Levon Beaty** | | Case number *(if known)* | **19-03484** |

---

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **BANK OF AMERICA**<br>**4161 PIEDMONT PKWY**<br>**Greensboro, NC 27410** | XXXX-7492 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **AUGUST 2018** | $0.00 |
| **BANK OF AMERICA**<br>**4161 PIEDMONT PKWY**<br>**Greensboro, NC 27410** | XXXX-5225 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **AUGUST 2018** | $0.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | Identify Property You Hold or Control for Someone Else |

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Where is the property?<br>*(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

| Debtor 1 | **Antonio Levon Beaty** | Case number *(if known)* | **19-03484** |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title
Case Number | Court or agency
Name
Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name
Address
(Number, Street, City, State and ZIP Code) | Describe the nature of the business

Name of accountant or bookkeeper | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1   **Antonio Levon Beaty**                                              Case number (*if known*)   **19-03484**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **BEATY LAWNCARE**<br>**4271 BETHEL CHAPEL ROAD**<br>**Conway, SC 29528** | **BUSINESS IS A SOLE PROPRIETORSHIP OPERATING AS A RESIDENTIAL LANDSCAPING BUSINESS. BUSINESS WAS STARTED IN MAY 2010 AND CEASED OPERATIONS IN AUGUST 2015.** | **EIN:**<br><br>**From-To   MAY 2010 TO AUGUST 2015** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Antonio Levon Beaty**
**Antonio Levon Beaty**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **July 17, 2019**                                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    **Antonio Levon Beaty**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of South Carolina

Case number    **19-03484**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm**    Debtor 1 | | |

Gross receipts (before all deductions)    $  0.00

Ordinary and necessary operating expenses    -$  0.00

Net monthly income from a business, profession, or farm $ 0.00   Copy here -> $  0.00    $

6. **Net income from rental and other real property**    Debtor 1

Gross receipts (before all deductions)    $  0.00

Ordinary and necessary operating expenses    -$  0.00

Net monthly income from rental or other real property  $  0.00   Copy here -> $  0.00    $

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Antonio Levon Beaty | Case number *(if known)* | 19-03484 |
| --- | --- | --- | --- |

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| --- | --- |
| For your spouse | $ |

| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
| --- | --- | --- | --- |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

|  | | Column A | Column B |
| --- | --- | --- | --- |
| | **VA BENEFITS** | $ 1,526.71 | $ |
| | | $ 0.00 | $ |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ |

| 11. | **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 1,526.71 | + $ | = $ 1,526.71<br>**Total average monthly income** |
| --- | --- | --- | --- | --- |

---

| **Part 2:** | Determine How to Measure Your Deductions from Income |
| --- | --- |

| 12. | Copy your total average monthly income from line 11. | $ 1,526.71 |
| --- | --- | --- |

13. **Calculate the marital adjustment.** Check one:

- ■ You are not married. Fill in 0 below.
- ☐ You are married and your spouse is filing with you. Fill in 0 below.
- ☐ You are married and your spouse is not filing with you.

   Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

   Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

   If this adjustment does not apply, enter 0 below.

|  | $ |
| --- | --- |
| | $ |
| | + $ |
| Total | $ 0.00 | Copy here=> | - 0.00 |

| 14. | **Your current monthly income.** Subtract line 13 from line 12. | $ 1,526.71 |
| --- | --- | --- |

15. **Calculate your current monthly income for the year.** Follow these steps:

| 15a. | Copy line 14 here=> | $ 1,526.71 |
| --- | --- | --- |
| | Multiply line 15a by 12 (the number of months in a year). | x 12 |
| 15b. | The result is your current monthly income for the year for this part of the form. ......................................... | $ 18,320.52 |

---

Debtor 1    **Antonio Levon Beaty**                                    Case number (*if known*)    **19-03484**

---

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.    **SC**

    16b. Fill in the number of people in your household.    **1**

    16c. Fill in the median family income for your state and size of household. .................................    $    **46,710.00**

        To find a list of applicable median income amounts, go online using the link specified in the separate
        instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a.  ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under
               11 U.S.C. § 1325(b)(3)*. **Go to Part 3**. Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

    17b.  ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
               1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2)**. On line 39 of that form, copy
               your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. Copy your total average monthly income from line 11 . ............................................................    $    **1,526.71**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
    contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
    spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a.    -$    **0.00**

    19b. **Subtract line 19a from line 18.**    $    **1,526.71**

20. **Calculate your current monthly income for the year.**  Follow these steps:

    20a. Copy line 19b    $    **1,526.71**

        Multiply by 12 (the number of months in a year).    **x 12**

    20b. The result is your current monthly income for the year for this part of the form    $    **18,320.52**

    20c. Copy the median family income for your state and size of household from line 16c    $    **46,710.00**

21. **How do the lines compare?**

    ■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment
       period is 3 years*. Go to Part 4.

    ☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
       commitment period is 5 years*. Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

    By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X /s/ Antonio Levon Beaty**
    **Antonio Levon Beaty**
    Signature of Debtor 1

Date  **July 17, 2019**
     MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |  |  |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<table>
<tr><td>

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</td></tr>
</table>

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re __Antonio Levon Beaty__                                          Case No. __19-03484__
                                                    Debtor(s)          Chapter   __13__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____ $ _____4,000.00__

    Prior to the filing of this statement I have received _____ $ _____390.00__

    Balance Due _____ $ _____3,610.00__

2.  $__310.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions,
    motions to incur debt, motions to sell property, moratoriums, motions to reconsider, plan modifications after
    confirmation, motions to reopen, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__July 17, 2019__                                    __/s/ Heather S. Bailey__
*Date*                                               **Heather S. Bailey 11592**
                                                     *Signature of Attorney*
                                                     **Moss & Associates Attorneys, P.A.**
                                                     **2170 Ashley Phosphate Road**
                                                     **First Citizens Building, Ste 405**
                                                     **North Charleston, SC 29406**
                                                     **843-744-3002  Fax: 843-266-1939**
                                                     **heatherb@mossattorneys.com**
                                                     *Name of law firm*

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Antonio Levon Beaty**

Debtor(s)

Case No.  **19-03484**

Chapter  **13**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

Date:  **July 17, 2019**

**/s/ Antonio Levon Beaty**
**Antonio Levon Beaty**
Signature of Debtor

Date:  **July 17, 2019**

**/s/ Heather S. Bailey**
Signature of Attorney
**Heather S. Bailey 11592**
**Moss & Associates Attorneys, P.A.**
**2170 Ashley Phosphate Road**
**First Citizens Building, Ste 405**
**North Charleston, SC 29406**
**843-744-3002   Fax: 843-266-1939**
Typed/Printed Name/Address/Telephone

**11592 SC**
District Court I.D. Number